# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00425-CV

## In re S. H.

## ORIGINAL PROCEEDING FROM HAYS COUNTY

## M E M O R A N D U M   O P I N I O N

Relator S.H. has filed a motion to dismiss her petition for writ of mandamus. The subject of the petition is a temporary order in an underlying suit affecting the parent-child relationship. In the motion, S.H. represents that the parties to the underlying suit have entered into an agreed final order regarding the child subject to the suit. Consequently, in the view that her petition has been rendered moot by the intervening events below, S.H. seeks to withdraw her petition. We grant the motion and dismiss the petition for writ of mandamus.

Bob Pemberton, Justice

Before Chief Justice Rose, Justices Pemberton and Field

Filed:   August 28, 2015